IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DANIEL WARD MILLER, | |
|---|---|
| Plaintiff, | 4:18CV3130 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | ORDER |
| Defendant. | |

IT IS ORDERED that the motion to permit Nelly F. Greenberg to withdraw from this case as counsel for Defendant Union Pacific Railroad Company, ([Filing No. 15](#)), is granted.

Dated this 7th day of June, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge