IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL WARD MILLER, | |
| Plaintiff, | **4:18CV3130** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER OF DISMISSAL** |
| Defendant. | |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii). IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

Dated this 25th day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge